UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

FOX SHIVER LLC,                  :

                                :

               Plaintiff,        :

                                :       26-CV-2783 (JMF)

      -v-                   :

                                :       UNSEALING ORDER

ABC CORP et al.,              :

                                :

             Defendants.     :

                                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On Plaintiff's April 15, 2026 application, *see* ECF No. 15, this case is hereby
UNSEALED.  No later than **April 20, 2026**, Plaintiff shall ensure that all documents filed to date
under seal appear on the docket, whether that is done by filing the documents anew or by
working with the Clerk's Office (through the ECF Help Desk).  The Clerk of Court is directed to
unseal the Court's prior orders at ECF Nos. 11 and 14.

      SO ORDERED.

Dated:  April 15, 2026
        New York, New York                                      
                                           JESSE M. FURMAN
                                   United States District Judge