UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :

FOX SHIVER LLC,                         :

                      Plaintiff,       :

                             :       26-CV-2783 (JMF)

       -v-                   :

                             :          <u>ORDER</u>

ABC CORP et al.,                   :

                             :

                    Defendants.   :

                             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 15, 2026 Order, ECF No. 16, Plaintiff was required to ensure that all documents filed to date under seal appear on the docket by April 20, 2026.  To date, those documents remain under seal.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 24, 2026**.  Failure to comply by then may result in sanctions.

       SO ORDERED.

Dated:  April 21, 2026
       New York, New York                     _____
                                      JESSE M. FURMAN
                                 United States District Judge